UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYNN PENEUETA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ELISEO RICOLCOL, Warden,<br><br>　　　　　　Respondent | Case No. 2:23-cv-06361-PA-JC<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the May 21, 2024 Report and Recommendation of United States Magistrate Judge.

　　IT IS HEREBY ORDERED that (1) the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with prejudice and, alternatively, as moot; (2) Judgment shall be entered accordingly; and (3) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

　　IT IS SO ORDERED.

DATED: June 6, 2024　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE