JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYNN PENEUETA, | Case No. 2:23-cv-06361-PA-JC |
| Petitioner, | JUDGMENT |
| v. | |
| ELISEO RICOLCOL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with prejudice and alternatively, as moot.

IT IS SO ADJUDGED.

DATED: June 6, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE